# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR1972-JM |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE MOTION HEARING** |
| HUGO DOMINGUEZ ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the motions hearing date currently set for March 28, 2008 at 11:00 a.m. be continued to ***May 16, 2008 at 11:00 a.m.***  Absent exigent circumstances, no further continuances will be granted.

**IT IS SO ORDERED.**

DATED: March 26, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge