UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR1972-JM |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| ) | |
| v. ) | [Docket No. 36] |
| ) | |
| HUGO DOMINGUEZ-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Upon the Joint Motion of the Parties (Docket No. 36), and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned case be continued from January 30, 2009 at 9:00 a.m., to *February 27, 2009 at 9:00 a.m.*

DATED: January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge